# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HARRY J. LAFFERTY, MICHAEL D. KIRN, ROBERT T. KIRN, JOHN J. ROEDELL, JOHN M. FERRIS, AND ROBERT F. FERRIS, | : No. 878 MAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioners | : the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THOMAS D. FERRIS, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.